UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUSSELL LEE WHITE, <br>          Petitioner, <br>     v. <br> RAYMOND MADDEN, <br>          Respondent. | Case No. 2:19-cv-08940-SVW-JDE <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition, IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

Dated: December 19, 2019

                                              STEPHEN V. WILSON <br>
                                              United States District Judge